

**Raymond ADAMS v. STATE.**

No. 20230.

Court of Criminal Appeals of Texas.

Jan. 25, 1939.

Edmond C. Yates, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is theft, a felony; penalty assessed at confinement in the penitentiary for a period of two years.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.

**D. R. HENDERSON v. STATE.**

No. 20294.

Court of Criminal Appeals of Texas.

Jan. 25, 1939.

M. E. Cain, of Liberty, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is forgery; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**D. R. HENDERSON, Appellant, v. The STATE of Texas, Appellee.**

No. 20295.

Court of Criminal Appeals of Texas.

Jan. 25, 1939.

M. E. Cain, of Liberty, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Conviction is for forgery; punishment assessed is two years' confinement in the state penitentiary.

The appellant has filed an affidavit to dismiss this appeal, duly certified as required by law. The motion is granted as prayed for and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

**D. R. HENDERSON v. STATE.**

No. 20296.

Court of Criminal Appeals of Texas.

Jan. 25, 1939.

M. E. Cain, of Liberty, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Justice.

Upon appellant's plea of guilty of the offense of forgery, and the waiver of a trial by jury, the court assessed his penalty at two years' confinement in the penitentiary.